IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRYL SWINT, # 182201, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:17cv88-WHA |
| | ) | [WO] |
| LEON BOLLING, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On March 14, 2019, the Magistrate Judge filed a Recommendation (Doc. # 10) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 10) is ADOPTED;

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

(3) This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 5th day of April, 2019.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE